**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-01-431
Doc. 14

Postmark Here

Sent To: Maurice Shelton
Street, Apt. No.; or PO Box No.: 2438 Beekman Street
City, State, ZIP+4: Cinti, OH 45214

7001 2510 0008 6347 9313