| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*Ernie Smith* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) / C. Date of Delivery: 9-16-03 |
| 1. Article Addressed to:<br>Maurice Shelton<br>2438 Beekman Street<br>Cinti, OH 45214 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| C-1-01-431, Doc. 14 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7001 2510 0008 6347 9313 |

PS Form 3811, August 2001  SSB  Domestic Return Receipt    102595-02-M-0835