# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Maurice Shelton**
    **Petitioner,**

-vs-                                                                                    Case No. C-1-01-431

**Wanza Jackson,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC 14) IS **ADOPTED**.

PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS IS **DENIED WITH PREJUDICE** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT (DOC 15).

Date:  September 30, 2003                            KENNETH J. MURPHY, JR., CLERK

                                                                                 By: s/Tempann Thomas
                                                                                 Tempann Thomas, Deputy Clerk