U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-01-431
DOCS. 15916

Sent To: Maurice Shelton
Street, Apt. No.; or PO Box No.: 2438 Beekman St.
City, State, ZIP+4: Cinti, OH 45214

7001 2510 0000 6348 8919